**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAMESSES SADAT,

      Plaintiff,

   v.

MERCK & COMPANY INC.,

      Defendant.

_____/

No. C 06-06471 CW

ORDER TEMPORARILY
STAYING ACTION

   IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation regarding the transfer of this case to the Eastern District of Louisiana (MDL 1657) for consolidated pretrial proceedings.  All hearing and motion dates are VACATED pending further order of this Court.

   **Removing Defendant shall serve on all other parties a copy of this Order.**

Dated: 1/11/07

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE